UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
E.J.C.C.,

                                   Petitioner,

        – against –

WILLIAM JOYCE, *et al*.,

                                   Respondents.
-------------------------------------------------------------------------x

**ORDER**

No. 25-CV-8805 (CS)

Seibel, J.

      To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed from the United States unless and until the Court orders otherwise. *See, e.g., Khalil v. Joyce*, No. 25-CV-1935, 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) (collecting cases); *see also, e.g.*, *Du v. United States Dep't of Homeland Sec.*, No. 25-CV- 644, 2025 WL 1317944, at *1 (D. Conn. Apr. 24, 2025) ("[A] a federal court may temporarily enjoin immigration authorities from deporting individuals if it preserves the court's jurisdiction over a case or cases.").

**SO ORDERED.**

Dated: October 27, 2025
       White Plains, New York

                                                        _____
                                                          CATHY SEIBEL, U.S.D.J.