# EXHIBIT C

# DEPARTMENT OF HOMELAND SECURITY
## NOTICE OF CUSTODY DETERMINATION

Alien's Name: CAMAS CHAFLA, ELIAS JOEL

A-File Number: 246 384 757

Date: 07/20/2023

Event ID: NYC2307002784

Subject ID: 386376473

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of title 8, Code of Federal Regulations, I have determined that, pending a final administrative determination in your case, you will be:

☐ Detained by the Department of Homeland Security.

☒ Released (check all that apply):
  ☐ Under bond in the amount of $ _____
  ☒ On your own recognizance.
  ☐ Under other conditions. [Additional document(s) will be provided.]

VALBRUN, RODNEY
Name and Signature of Authorized Officer

07/20/2023 11:27 AM
Date and Time of Custody Determination

SDDO
Title

ICE ERO New York Field Office 26 FEDERAL PLAZA 9TH FLOOR NEW YORK, NY US 10278
Office Location/Address

You may request a review of this custody determination by an immigration judge.
☒ I acknowledge receipt of this notification, and
  ☐ I do request an immigration judge review of this custody determination.
  ☒ I do not request an immigration judge review of this custody determination.

Signature of Alien: [signature] (mother)

Date: 7 20 2023

The contents of this notice were read to CAMAS CHAFLA, ELIAS JOEL (Name of Alien) in the SPANISH (Name of Language) language.

BERISO, G 5931
Name and Signature of Officer

Name or Number of Interpreter (if applicable)

Deportation Officer
Title

DHS Form I-286 (1/14)

Page 1 of 1

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

# ORDER OF RELEASE ON RECOGNIZANCE

Name: CAMAS CHAFLA, ELIAS JOEL

File No.: 246 384 757
Date: July 20, 2023

You have been arrested and placed in removal proceedings. In accordance with section 236 of the Immigration and Nationality Act and the applicable provisions of Title 8 of the Code of Federal Regulations, you are being released on your own recognizance provided you comply with the following conditions:

[X] You must report for any hearing or interview as directed by Immigration and Customs Enforcement or the Executive Office for Immigration Review.

[X] You must surrender for removal from the United States if so ordered.

[X] You must report in (writing) (person) to Duty officer at _____See I-831_____ on _07/19/2024 08:00_ as directed.

If you are allowed to report in writing, the report must contain your name, alien registration number, current address, place of employment, and other pertinent information as required by the officer listed above.

[X] You must not change your place of residence without first securing written permission from the officer listed above.

[X] You must not violate any local, State or Federal laws or ordinances.

[X] You must assist Immigration and Customs Enforcement in obtaining any necessary travel documents.

[ ] Other: *Your release is contingent upon your enrollment and successful participation in an Alternatives to Detention (ATD) program as designated by the U.S. Department of Homeland Security. As part of the ATD program, you will be subject to electronic monitoring and may be subject to a curfew. Failure to comply with the requirements of the ATD program will result in a redetermination of your release conditions or your arrest and detention.*

*If fitted with a U.S. Immigration and Customs Enforcement GPS tracking ankle bracelet, do not tamper with or remove the device. Under federal law, it is a crime to willfully damage or attempt to damage property of the United States. Damaging or attempting to damage the GPS tracking ankle bracelet or any of its associated equipment (including, but not limited to, the charging station, batteries, power cords, etc.) may result in your arrest, detention, and prosecution under 18 U.S.C. § 1361 and/or 18 U.S.C. § 641, each punishable by a fine, up to ten years imprisonment, or both.*

[ ] See attached sheet containing other specified conditions (Continue on separate sheet if required)

**NOTICE:** Failure to comply with the conditions of this order may result in revocation of your release and your arrest and detention by Immigration and Customs Enforcement.

_____
WALDRUM, RODNEY
(Name and Title of ICE Official)

---

### Alien's Acknowledgement of Conditions of Release under an Order of Recognizance

I hereby acknowledge that I have (read) (had interpreted and explained to me in the ___SPANISH___ language) the contents of this order, a copy of which has been given to me. I understand that failure to comply with the terms of this order may subject me to a fine, detention, or prosecution.

_____
(Signature of ICE Official Serving Order)

07/20/2023
Date

_____ (mother)
(Signature of Alien)

I hereby cancel this order of release because:

[ ] The alien failed to comply with the conditions of release.    [ ] The alien was taken into custody for removal.

_____
(Signature of ICE Official Cancelling Order)    Date

ICE Form I-220A (10/20)

Page 1 of 5

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF RELEASE ON RECOGNIZANCE
### (CONTINUATION PAGE)

| Alien Name | | Picture | Right Index Print |
|---|---|---|---|
| CAMAS CHAFLA, ELIAS JOEL | | | |
| **File Number** | **Date** | | |
| 246 384 757 | July 20, 2023 | | |
| **Alien's Signature** | | | |
| Maria E Motto M (mother) | | | |
| **Alien's Telephone Number (if any)** | | | |
| 9296507895 | | | |
| **Alien's Address** | | | |
| 1301 COMMONWEALTH AVE | | | |
| BRONX           NEW YORK           10472 | | | |

### PERSONAL REPORT RECORD

| Date | Officer | Comment/Changes |
|---|---|---|
| | | |

Signature: BERISO, G 5931
Title: Deportation Officer

ICE Form I-220A (10/20)

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF RELEASE ON RECOGNIZANCE
### (ADDENDUM)

Name: CAMAS CHAFLA, ELIAS JOEL

File No.: 246 384 757

Date: July 20, 2023

[X] That you do not associate with known gang members, criminal associates, or be associated with any such activity.

[ ] That you register in a substance abuse program within 14 days and provide ICE with written proof of such within 30 days. The proof must include the name, address, duration, and objectives of the program as well as the name of a counselor.

[ ] That you register in a sexual deviancy counseling program within 14 days and provide ICE with written proof of such within 30 days. You must provide ICE with the name of the program, the address of the program, duration and objectives of the program as well as the name of a counselor.

[ ] That you register as a sex offender, if applicable, within 7 days of being released, with the appropriate agency(s) and provide ICE with written proof of such within 10 days.

[X] That you do not commit any crimes while on this Order of Release on Recognizance.

[ ] That you report to any parole or probation officer as required within 5 business days and provide ICE with written verification of the officer's name, address, telephone number, and reporting requirements.

[ ] That you continue to follow any prescribed doctor's orders whether medical or psychological including taking prescribed medication.

[X] That you provide ICE with written copies of requests to Embassies or Consulates requesting the issuance of a travel document.

[X] That you provide ICE with written responses from the Embassy or Consulate regarding your request.

[X] Any violation of the above conditions will result in revocation of your employment authorization document.

[X] Any violation of these conditions may result in you being taken into ICE custody and you being criminally prosecuted.

[ ] Other:

_____ (mother)
(Signature of Alien)

ICE Form I-220A (10/20)

Page 3 of 5

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF RELEASE ON RECOGNIZANCE
### (OUT-PROCESSING CHECKLIST)

**Sex Offenders**

☐ Probation/Parole Officer Notified
☐ Registered as sex-offender as required by state statute within 7 days
☐ Victim/Witness Coordinator Notified
☐ Victim/Witness Notified
☐ Written Proof of Counseling

**Substance Abusers**

☐ Probation/Parole Officer Notified
☐ Written Proof of Counseling

**All Aliens**

☐ Probation/Parole Officer Notified
☐ Obtain address where living and telephone number
☐ Enter into IDENT    FINS#: 1342135813
☐ NCIC Check
☐ Travel Document Application
☐ Other: _____

| Completed By | |
|---|---|
| Deportation Officer:<br>BERISO, G 5931 | Date<br>07/20/2023 |

| Concurrence By | |
|---|---|
| Supervisory Detention and Deportation Officer:<br>VALBRUN, RODNEY | Date<br>07/20/2023 |

ICE Form I-220A (10/20)

Page 4 of 5

U.S. Department of Homeland Security     Continuation Page for Form  I-220A

| Alien's Name | File Number | Date |
|---|---|---|
| CAMAS CHAFLA, ELIAS JOEL | 246 384 757<br>Event No: NYC2307002784 | 07/20/2023 |

LOCATION OF ICE OFFICE WHICH YOU REPORT TO
--------------------------------------------
ICE
ERO New York Field Office
26 FEDERAL PLAZA 9TH FLOOR
NEW YORK, NY 10278

| Signature | Title |
|---|---|
| G 5931 BPR/SO | Deportation Officer |

5 of 5 Pages

Form I-831 Continuation Page (Rev. 08/01/07)