# EXHIBIT G

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

# ORDER OF RELEASE ON RECOGNIZANCE
## (CONTINUATION PAGE)

| Alien Name | | |
|---|---|---|
| CHAFLA MAZA, MARIA ELVIA | | |
| File Number | Date | |
| 246 384 756 | July 20, 2023 | |
| Alien's Signature | | |
| Alien's Telephone Number (if any) | (T) | |
| Alien's Address | | |
| 1301 COMMONWEALTH AVE Apt 1ST FLR, BRONX, NEW YORK, 10472 | | |

Picture

Right Index Print

## PERSONAL REPORT RECORD

| Date | Officer | Comment/Changes |
|---|---|---|
| 9/22/2025 | KJH | NRD OCTOBER 23, 2025 @ 7:00AM WITH ORIGINAL PAPERWORK, BIRTH CERTIFICATE, MUST COME WITH RIDER |

Signature

Title: Deportation Officer

ICE Form I-220A (10/20)

Page 2 of 5

U.S. Immigration and Customs Enforcement

## ORDER OF RELEASE ON RECOGNIZANCE
### (CONTINUATION PAGE)

| File Number | Date | Picture | Right Index Print |
|---|---|---|---|
| Alien's Signature | | | |
| Alien's Telephone Number (if any) | | | |
| Alien's Address | | | |

### PERSONAL REPORT RECORD

| Date | Officer | Comment/Changes |
|---|---|---|
| 8/5/25 | JB | NRD August 18 2025 @7am w/ departure plans to leave no later than end Sept |
| 8/18/25 | CE | NRD 09/22/2025 @ 7am |

Signature

Title

ICE Form I-220A (10/20)