UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E.J.C.C., a minor, by and through his next friend and attorney, Beth Baltimore,<br><br>*Petitioner-Plaintiff*,<br><br>v.<br><br>William JOYCE, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; Todd LYONS, in his official capacity as Acting Director U.S. Immigration and Customs Enforcement; Kristi NOEM in her official capacity as Secretary of Homeland Security; Robert F. KENNEDY, JR. in his official capacity as Secretary of Health and Human Services; Angie SALAZAR, in her official capacity as Acting Director of the Office of Refugee Resettlement; Joseph B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services; U.S. Department of Homeland Security; U.S. Immigration and Customs Enforcement; U.S. Department of Health and Human Services; U.S. Office of Refugee Resettlement; U.S. Citizenship and Immigration Services.<br><br>*Respondents-Defendants*. | Case No. 25-cv-08805 (CS)<br><br>[~~PROPOSED~~] ORDER TO SHOW CAUSE |

Upon consideration of Petitioner's Application for Issuance of Order to Show Cause pursuant to 28 U.S.C. § 2243; the Petition for Writ of Habeas Corpus and Complaint; and the accompanying exhibits, IT IS HEREBY ORDERED that:

1. Respondent shall file a response to the Order to Show Cause why the petition shall not be granted by **Thursday, November 6, 2025**;

2. Petitioner shall have an opportunity to file a reply to Respondent's response by **Wednesday, November 12, 2025**;

3. The petition shall be heard by the Court on **Friday, November 14, 2025 at** 11:15 ; (in person)

4. ~~And such other and further relief as the Court may find appropriate;~~

5. Service of this Order shall be effected by Petitioner on the United States Attorney for the Southern District of New York by _____5pm~~am/pm~~ on _____Oct. 29__, 2025 and shall constitute good and sufficient service.

**IT IS SO ORDERED.**

_10/28/25_  
DATED

*Cathy Seibel*  
UNITED STATES DISTRICT JUDGE