AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| E.J.C.C. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-cv-8805 |
| William Joyce | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

proposed Amicus Curiae City of New York.

Date: 11/10/2025

/s/ Jamison Davies
*Attorney's signature*

Jamison Davies (JD1653)
*Printed name and bar number*

New York City Law Department
100 Church Street
New York, NY 10007
*Address*

jdavies@law.nyc.gov
*E-mail address*

(212) 356-2490
*Telephone number*

(212) 356-1148
*FAX number*