UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E.J.C.C., a minor, by and through his next friend and attorney, Beth Baltimore,<br><br>*Petitioner-Plaintiff*,<br><br>v.<br><br>William JOYCE, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; Todd LYONS, in his official capacity as Acting Director U.S. Immigration and Customs Enforcement; Kristi NOEM in her official capacity as Secretary of Homeland Security; Robert F. KENNEDY, JR. in his official capacity as Secretary of Health and Human Services; Angie SALAZAR, in her official capacity as Acting Director of the Office of Refugee Resettlement; Joseph B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services; U.S. Department of Homeland Security; U.S. Immigration and Customs Enforcement; U.S. Department of Health and Human Services; U.S. Office of Refugee Resettlement; U.S. Citizenship and Immigration Services.<br><br>*Respondents-Defendants*. | Case No. 25-cv-08805 (CS)<br><br>**[Proposed] Order** |

Pursuant to this Court's order from the bench today, November 17, 2025, IT IS HEREBY ORDERED that:

1. Petitioner is released pursuant to *Mapp v. Reno*, 241 F.3d 221 (2d Cir. 2001);

2. Release was effective immediately upon this Court's order from the bench, and shall remain effective for the duration of the Petition.

IT IS SO ORDERED.

_____                    _____
DATED                                     UNITED STATES DISTRICT JUDGE