UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E.J.C.C., a minor, by and through his next friend and attorney, Beth Baltimore,<br><br>*Petitioner-Plaintiff*,<br><br>v.<br><br>William JOYCE, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; Todd LYONS, in his official capacity as Acting Director U.S. Immigration and Customs Enforcement; Kristi NOEM in her official capacity as Secretary of Homeland Security; Robert F. KENNEDY, JR. in his official capacity as Secretary of Health and Human Services; Angie SALAZAR, in her official capacity as Acting Director of the Office of Refugee Resettlement; Joseph B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services; U.S. Department of Homeland Security; U.S. Immigration and Customs Enforcement; U.S. Department of Health and Human Services; U.S. Office of Refugee Resettlement; U.S. Citizenship and Immigration Services.<br><br>*Respondents-Defendants*. | Case No. 25-cv-08805 (CS)<br><br>**Order** |

Seibel, J.

For the reasons set forth from the bench today, November 17, 2025, IT IS HEREBY ORDERED that:

1. Effective immediately, Petitioner is released to the custody of his legal guardian Juan Bautista Yupa Camas pursuant to *Mapp v. Reno*, 241 F.3d 221 (2d Cir. 2001), where he shall remain unless otherwise ordered by this Court or a higher Court;

2. The Office of Refugee Resettlement of the Department of Health and Human Services ("ORR") is to release Petitioner to his guardian's custody immediately, from the courthouse, without going through its usual procedures; and

3. ORR shall permit Petitioner or his guardian or his attorney to retrieve Petitioner's belongings at the family meeting center of Catholic Guardian Services, or at another convenient location to which Petitioner and ORR agree, during normal business hours or at another mutually agreeable time.

SO ORDERED.

Dated: November 17, 2025
       White Plains, New York

*Cathy Seibel*

_____
CATHY SEIBEL, U.S.D.J.