

New York Civil Liberties Union
125 Broad Street, 19th Fl.
New York, NY 10004
(212) 607-3300
www.nyclu.org

December 10, 2025

VIA ECF
The Honorable Cathy Seibel
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Re: *E.J.C.C. v. Joyce, et al.*, No. 25-cv-08805 (CS)**

Dear Judge Seibel:

Together with The Door's Legal Services Center, the New York Civil Liberties Union (NYCLU) represents Petitioner-Plaintiff (Petitioner) in the above-referenced action. We write respectfully, pursuant to the Court's Order on November 17, 2025, *see* Tr. of Proceedings before Hon. Cathy Seibel (Nov. 17, 2025), at 53:17–23, to seek leave to seal documents filed on the record and to file redacted versions of those same documents, annexed hereto. Respondents-Defendants do not oppose this request.

Specifically, the documents that Petitioner requests leave to seal are exhibits attached to the Petition and Amended Petition, ECF Nos. 1-1 – 1-12; ECF Nos. 7-1 – 7-12, which contain the minor Petitioner's full name and other personally identifying information (PII), such as his Alien Registration Number, birthdate and address. While the instant action was commenced as a Section 2241 Habeas Proceeding and all documents in such a proceeding are automatically sealed on ECF to members of the public, the exhibits may be accessed by the public on the Court's public terminal at the courthouse. Out of an abundance of caution, Petitioner therefore seeks leave for the aforementioned documents to be sealed and for the exhibits attached to the Amended Petition to be substituted with copies of the same documents with redactions of Petitioner's full name and other PII; proposed versions are annexed hereto. Such redactions conform with Fed. R. Civ. P. 5.2(a), which permits the redaction of PII of minors. *See also Manchanda v. Bose*, No. 14-CV-9658, 2015 WL 81998, at *3 (S.D.N.Y. Jan. 6, 2015); *Martins v. Mickens*, No. 18-CV-3615, 2020 WL 4041131, at *2 (E.D.N.Y. July 17, 2020); *N.M.I. v. Sadowski*, No. 15-CV-00856, 2015 WL 1198381, at *2 (E.D.N.Y. Mar. 16, 2015).

Accordingly, the Court should allow the limited redactions to the exhibits submitted with Petitioner's Amended Petition.

We thank the Court for its consideration of this submission.

1

Application granted. Petitioner shall file the redacted versions. The Clerk of Court is respectfully directed to seal ECF Nos. 1-1 through 1-12 and Nos. 7-1 through 7-12.

SO ORDERED.

*Cathy Seibel*    12/10/25
CATHY SEIBEL, U.S.D.J.

Respectfully submitted,

/s/ Elizabeth Gyori
Elizabeth Gyori
Amy Belsher
Wafa Junaid
Bobby Hodgson
NEW YORK CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, Floor 19
New York, New York 10004
(212) 607-3300
egyori@nyclu.org

Beth D. Baltimore
THE DOOR'S LEGAL SERVICES CENTER
121 Avenue of the Americas, 3rd Floor
New York, New York 10013
917-701-9130
bbaltimore@door.org

*Attorneys for Petitioner-Plaintiff*

cc: Counsel of Record (by ECF)

2