

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

January 13, 2026

**Via ECF**
Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    *E.J.C.C. v. Joyce, et al.*, 25 Civ. 8805 (CS)

Dear Judge Seibel:

    This Office represents the Respondents in this habeas action brought by petitioner E.J.C.C. ("Petitioner"). On November 25, 2025, the Court granted the parties' joint request to stay this action pending implementation of the preliminary injunction in *A.C.R. v. Noem*, 25 Civ. 3962 (EK) (TAM). *See* ECF No. 66. Respondents and Petitioner write jointly to provide an update to the Court. *See id.* The parties have been monitoring the docket of the *A.C.R.* case, and AUSA Rachel Kroll has been in contact with the attorneys representing the government in the matter.

    On December 3, 2025, the plaintiffs in the *A.C.R.* case moved for partial reconsideration/ clarification of the preliminary injunction, and the court denied that motion on January 5, 2026. U.S. Citizenship and Immigration Services ("USCIS") has not yet taken any action regarding Petitioner since the last update, but Respondents anticipate that USCIS will do so in the near future as it implements the preliminary injunction. The parties propose that they will submit a second joint letter with a status update no later than April 20, 2026, and sooner if developments warrant.

    We thank the Court for its consideration of this letter.

                               Respectfully submitted,

                                 JAY CLAYTON
                               United States Attorney for the
                               Southern District of New York

By:    */s/ Rachel Kroll*
        Rachel Kroll
        Assistant United States Attorney
        86 Chambers Street, Third Floor
        New York, New York 10007
        Tel.: (212) 637-2765
        E-mail: rachel.kroll@usdoj.gov
        *Attorney for Respondents*

cc: Counsel of Record (via ECF)