UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E.J.C.C., a minor, by and through his next friend and attorney, Beth Baltimore,<br><br>                                    *Petitioner-Plaintiff*,<br><br>                      v.<br><br>William JOYCE, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; Todd LYONS, in his official capacity as Acting Director U.S. Immigration and Customs Enforcement; Kristi NOEM in her official capacity as Secretary of Homeland Security; Robert F. KENNEDY, JR. in his official capacity as Secretary of Health and Human Services; Angie SALAZAR, in her official capacity as Acting Director of the Office of Refugee Resettlement; Joseph B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services; U.S. Department of Homeland Security; U.S. Immigration and Customs Enforcement; U.S. Department of Health and Human Services; U.S. Office of Refugee Resettlement; U.S. Citizenship and Immigration Services.<br><br>                      *Respondents-Defendants*. | Case No. 25-cv-08805 (CS)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(ii)** |

WHEREAS on October 24, 2025, Petitioner-Plaintiff E.J.C.C. (hereinafter "Petitioner"), by and through his next friend and attorney, Beth Baltimore, commenced this action (the "Action") seeking a Writ of Habeas Corpus, release pending adjudication pursuant to *Mapp v. Reno*, 241 F.3d 221, 226 (2d Cir. 2001), and alleging other claims pursuant to the Fifth Amendment, the Administrative Procedure Act, 5 U.S.C. §§ 702, 706, and the *Accardi* Doctrine

regarding Petitioner's detention and removal by Respondents-Defendants (hereinafter "Defendants");

WHEREAS on October 27, 2025, Petitioner filed an amended petition and complaint seeking a Writ of Habeas Corpus, release pending adjudication pursuant to *Mapp v. Reno*, 241 F.3d 221, 226 (2d Cir. 2001), and alleging other claims pursuant to the Fifth Amendment, the Administrative Procedure Act, 5 U.S.C. §§ 702, 706, and the *Accardi* Doctrine regarding Petitioner's detention and removal by Respondents;

WHEREAS on November 17, 2025, this Court ordered Petitioner released to his legal guardian Juan Bautista Yupa Camas pursuant to *Mapp*, 241 F.3d 221, and Petitioner was so released on this date;

WHEREAS on or about April 15, 2026, Respondent U.S. Citizenship and Immigration Services granted Petitioner deferred action in connection with his Special Immigrant Juvenile classification , which will expire on April 14, 2030, unless terminated earlier for cause, and during which time Petitioner shall be eligible to apply for work authorization and shall not be re-detained or removed from the United States;

IT IS HEREBY STIPULATED AND AGREED, by and between Petitioner and Respondents, through their respective counsel, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Action is voluntarily dismissed without prejudice and without costs or fees to any party.

Dated: May 11 , 2026
New York, N.Y.

/s/ Elizabeth Gyori
Elizabeth Gyori
Amy Belsher
Wafa Junaid
Robert Hodgson
NEW YORK CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, Floor 19
New York, New York 10004
(212) 607-3300
egyori@nyclu.org

Beth D. Baltimore
THE DOOR'S LEGAL SERVICES CENTER
121 Avenue of the Americas, 3rd Floor
New York, New York 10013
917-701-9130
bbaltimore@door.org

*Attorneys for Petitioner-Plaintiff*

Dated: May 7, 2026
New York, N.Y.

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:     RACHEL KROLL
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2765
E-mail: rachel.kroll@usdoj.gov
*Attorney for Respondents-Defendants*